# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0841
LT Case No. 2021-CF-000253-A

_____

MICHAEL LEROY WAITE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Debra B. Tuomey, of Debra B. Tuomey, Attorney at Law, LLC,
Weeki Wachee, and Alexei V. Lizanich, of Melisa L. Militello,
P.A., Inverness, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

May 5, 2026

PER CURIAM.

   AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____